[No. 37321-8-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN BACANI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-04206-8, Richard D. Eadie, J., entered September 5, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37371-4-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES RONALD MCKINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04429-4, LeRoy McCullough, J., entered September 27, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 37590-3-I.    Division One.    April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN G. CRANE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00776-1, Thomas J. Wynne, J., entered October 19, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37603-9-I.    Division One.    April 14, 1997.]

*In the Matter of the Marriage of* SUSAN PARFOMCHUK, *Respondent, and* STEVEN PARFOMCHUK, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-3-00448-4, Michael F. Moynihan, J., entered September 29, 1995. *Affirmed* by unpublished per curiam opinion.